UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SYLVIA U. BELTRAN,<br><br>        Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>        Defendant. | Case No. CV 15-08775-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 16, 2017.

/s/<br>
ALKA SAGAR<br>
UNITED STATES MAGISTRATE JUDGE